UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

MARTALECIA M VARGAS,   Case No.: 6:19-bk-00609-CCJ
   Chapter: 7
    Debtor.
_____/

**PENNYMAC LOAN SERVICES, LLC'S VERIFIED
MOTION FOR RELIEF FROM AUTOMATIC STAY**

**NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING**

    Pursuant to Local Rule 2002-4, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within 21 days from the date set forth on the proof of service, plus an additional three days for service if any party was served by U.S. Mail.

    If you object to the relief requested in this paper, you must file your response with the Clerk of the Court at 400 W. Washington Street, Suite 5100, Orlando, FL 32801 and serve a copy on the movant's attorney, McCalla Raymer Leibert Pierce, LLC, 110 S.E. 6th Street, Suite 2400, Ft. Lauderdale, FL 33301, and any other appropriate persons within the time allowed.  If you file and serve a response within the time permitted, the Court may schedule and notify you of a hearing, or the Court may consider the response and may grant or deny the relief requested without a hearing.

    If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

PennyMac Loan Services, LLC (the "Secured Creditor"), its successors and/or assigns, as a secured creditor of the bankruptcy estate of Martalecia M Vargas (the "Debtor"), seeks relief from the automatic stay pursuant to 11 U.S.C. § 362(d), and in support thereof, states as follows:

    1.    <u>Debtor's Bankruptcy Case</u>.  On January 29, 2019, the Debtor filed the above-captioned Chapter 7 bankruptcy case.

    2.    <u>Jurisdiction</u>.  Jurisdiction of this matter is properly before this Court pursuant to 28 U.S.C. § 1334 and Rule 4001(a) of the Federal Rules of Bankruptcy Procedure.

3. <u>The Note and Mortgage</u>. On January 18, 2017, The Debtor, Martalecia M Vargas, executed and delivered a note (the "Note") in the principal amount of $115,997.00, which is secured by a security deed (the "Security Deed"). The Security Deed is recorded in Official Records Book 1934 at Page 581-594, of the Public Records of Liberty County, Georgia. A copy of the Security Deed, together with the Note, and any applicable Assignments, are attached hereto as **<u>Exhibit A, B and C</u>**.

4. <u>Collateral</u>. Secured Creditor is entitled to enforce the Note and Security Deed, which are secured by the real property (the "Property") located at 4 Elm St, Hinesville, Georgia 31313 and further described as follows:

> All that certain lot, tract or parcel of land situate, lying and being in the 17th G.M. District of Liberty County, Georgia, and being in the City of Hinesville, being known and designated as Lot No. 5, Block C, Garden Acres Subdivision, as shown and represented on that certain plat of survey made and prepared by Joe P. Davis, Georgia Registered Land Surveyor No. 1436, dated June 1, 1992, and recorded in Plat Section H-60, Page 2, in the Office of the Clerk of Superior Court of Liberty County, Georgia, said plat by specific reference is made a part hereof for descriptive and all other purposes. Said lot of land being bounded, now or formerly, as follows: Northeasterly by Lot No. 4; Southeasterly by the right of way of Elm Street; Southwesterly by Lot No. 6; and Northwesterly by an 8' Drainage Canal, all as shown on the above referred to plat of survey.
>
> This conveyance is made subject to those certain Restrictive Covenants as contained in that certain Warranty Deed from R.C. Caines to W. W. Caines, dated September 12, 1962, and recorded in Deed Book 93, Pages 400-401, in the Office of the Clerk of Superior Court of Liberty County, Georgia.

5. <u>Secured Creditor's Claim</u>. The Debtor owes Secured Creditor an outstanding principal balance of $113,174.53, plus applicable interest, penalties, fees and costs, and has defaulted by failing to make the payment due on August 1, 2018, and all subsequent payments due thereafter.

6. <u>Relief Requested</u>. Secured Creditor requests the entry of an order modifying the automatic stay pursuant to 11 U.S.C. § 362(d) to permit Secured Creditor to enforce all of its <u>in rem</u> remedies against the Property pursuant to the Note and Mortgage. The requested relief should be granted for the following reasons:

- The Debtor has no equity in the Property, as evidenced by the Debtor's Schedule A, which lists the value of the Property at $108,200.00. This amount is less than the outstanding amount due to Secured Creditor pursuant to the Note and Mortgage.

- The Debtor's Statement of Intention indicates the Property is being surrendered;

- Since the instant case is a Chapter 7 bankruptcy, the Property is not necessary to an effective reorganization;

- Interest continues to accrue; and

- Property taxes continue to accrue.

7. <u>Request for Attorney's Fees and Costs</u>. Secured Creditor requests attorney's fees in the amount of $350.00 and costs of $181.00, as a result of filing the instant motion.

Wherefore, Secured Creditor requests the entry of an order modifying the automatic stay and for such other and further relief as the Court deems just and proper**.**

McCalla Raymer Leibert Pierce, LLC

By:  */s/ Austin Noel*
Austin Noel
Florida Bar No. 106539
Attorney for Creditor
110 S.E. 6th Street, Suite 2400
Ft. Lauderdale, Florida 33301
Phone: 813-774-6221
Fax: 813-774-6221
Email: Austin.Noel@mccalla.com

## VERIFICATION

The undersigned __Portia Worsham__ (name of witness), as the __Authorized Representative__ (title/position of witness) of PennyMac Loan Services, LLC; hereby declares under penalty of perjury that:

(i) I have personal knowledge of the business books and records of PennyMac Loan Services, LLC;

(ii) Based on my review of the business books and records of PennyMac Loan Services, LLC, the information and allegations set forth in paragraphs 3 through 5 above, are true and correct to the best of my knowledge; and

(iii) The documents attached hereto as **Exhibit A, B, C** are true and correct copies of the originals.

_Portia Worsham_ — Authorized Representative
Name and Title of Witness

# **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 26, 2019, a true and correct copy of the foregoing was served by U.S. Mail, First Class to Martalecia M Vargas, 256 Altamonte Bay Club, #207, Altamonte Springs, FL 32701; and those parties receiving CM/ECF service

- Arvind Mahendru    amtrustee@gmail.com, amahendru@ecf.epiqsystems.com
- Wayne B Spivak    wspivak@youhavepower.com
- United States Trustee - ORL7/13    USTP.Region21.OR.ECF@usdoj.gov


By:    */s/ Austin Noel*
        Austin Noel